THE MUTUAL LIFE INSURANCE COMPANY OF NEW YORK, Respondent, *v.* DARIUS C. NEWELL et al., Defendants, ALBERT C. BENEDICT, Appellant.

(Argued October 22, 1894; decided November 27, 1894.)

APPEAL from order of the General Term of the Supreme Court in the second judicial department, made February 12, 1894, which modified, and affirmed as modified, an order of Special Term amending a judgment of foreclosure and sale.

*Ralph E. Prime* for appellant.

*James A. Briggs* for respondent.

Agree to affirm; no opinion.
All concur, except PECKHAM, J., not sitting.
Judgment affirmed.